Name: RICHARD MUKUM
ID. No. A-76952753
Address: Rolling Plain det-cent-
Po Box 817 Haskel Tx. 79521

FILED
NOV - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

RICHARD M MUKUM                                )
                                               )
_____                )
                                               )
              Plaintiff(s),                    )
                                               )
         vs.                                   )    Case No. _____06 1867_____
                                               )
DEPARTMENT OF HOME                             )
LAND SECURITY (D.H.S.)                         )
                                               )
_____                )
                                               )
              Defendant(s).                    )

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
## AND SUPPORTING AFFIDAVIT
(Pursuant to 28 U.S.C. 1915 and 28 U.S.C. 1746)

I hereby apply for leave to:

(Check one):

   ✓     Commence this action for habeas corpus/civil rights relief

 _____  Pursuant this action under 28 U.S.C. 2255

 _____  Commence this appeal to the Fifth Circuit Court of Appeals

without prepayment of fees or giving security therefore.

RECEIVED
OCT 04 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In support of my application, I state that the following facts are true:

1) I am the party initiating said action or appeal and I believe that I am entitled to relief.

2) The nature of this action or appeal is:

   PETITION FOR WRIT OF HABEAS CORPUS

3) I am unable to prepay the costs of this action or appeal or give security therefor because of my poverty.

4) I own the following assets:

   ∅

   A) Do you own any cash or do you have money in a checking or savings account (include any funds in prison accounts, and any funds of deposit with a bank, savings & loan or certificates of deposit, outside the prison)?

   Yes _____   No ✓

   If the answer is "Yes", state the total value and location, including each account number, of the items owned (list the location of each account, type of account and amount or balance in the account):

    B)    Do you own real estate, stocks, bonds, notes, automobiles or other valuable property? (exclude ordinary household furnishings and clothing)

          **Yes** \_\_\_\_\_    **No** ✓

          If the answer is "Yes", describe the property, its location, and state its approximate value:

    _____

    _____

    _____

5)    Have you placed any property, assets or money in the name or custody of anyone else in the last two years?

          **Yes** \_\_\_\_\_    **No** ✓

    If the answer is "Yes", give the date, describe the property, assets or money, give the name of the person given custody of the item and the reason for the transfer.

    _____

    _____

6)    Are you presently employed?    **Yes** \_\_\_\_\_    **No** ✓

    A)    If the answer is "Yes", state the amount of your salary or wages per month and give the name and address of your employer:

    _____

    _____

B) If the answer is "No", state the date of last employment and the amount of the salary and wages per month which you received:

_Self employed         $ 800 per month_

7) Have you received within the past twelve months any money from any of the following sources?

   A) Business, profession or form of self-employment?

   Yes _____   No ✓

   B) Rent payments, interest or dividends?

   Yes _____   No ✓

   C) Pensions, annuities or life insurance payments?

   Yes _____   No ✓

   D) Social security, Veterans Administration, disability pensions, workmens' compensation or unemployment benefits?

   Yes _____   No ✓

   E) Gifts or inheritances?

   Yes _____   No ✓

   F) Any other sources?

   Yes _____   No ✓

If the answer to any of the above is "Yes", describe each source of money and state the amount received from each during the past six months:

_____

_____

_____

8) List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support each month.

_____ None _____

_____

9) You may state briefly any additional financial or other information regarding your ability to pay the costs of this action:

_____ None _____

_____

# ACKNOWLEDGMENT

I, the undersigned, acknowledge that I have read the foregoing and that the information contained therein is true and correct to my knowledge and belief.

Further, I acknowledge that if any of the information included in this motion for leave to proceed in forma pauperis is false or misleading, I understand that sanctions may be imposed against me. Those sanctions may include, but are not limited to the following:

(1)   dismissal of my case with prejudice;

   (2)   imposition of monetary sanctions;

   (3)   the Department of Corrections may bring disciplinary proceedings for a violation of the Code of Inmate Discipline, which can include all sanctions authorized under the Code including the loss of good time credits and punitive confinement; and

(4)   perjury charges.

Further, I hereby authorize the United States District Court, District of Texas, or it representative, to investigate my financial to status, and authorize any individual, Corporation, or government entity to release any such information to said Court or Its representative.

Further, I acknowledge that a portion of any recovery, as directed by the court, shall be paid to the clerk of reimbursement of all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

Dated this 26th day of Sept., 20 06

                                                                                        _/s/ Richard Huck_
                                                                                          Signature of Applicant

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

I declare (or certify, verify or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct (28 U.S.C. 1746, 18 U.S.C. 1621)

Executed at  Haskell Texas  on  Sept. 27th 2006 .
             (Location)                   (Date)

_Richard Ourk_
Signature of Affiant

Prisoner Number A76952753

STATE OF  Texas  )
               ) SS.
COUNTY OF  Haskell  )

Subscribed and sworn to before me this 27 day of Sept., 2006

_Don W Flippin_
Notary Public

DON W. FLIPPIN
Notary Public, State of Texas
My Commission Expires
July 21, 2010

## AGREEMENT TO PAY FULL FILING FEE
## PURSUANT TO 28 U.S.C. 1915

I understand that:

(1) The filing fees are as follow:

      **PETITION** for writ of habeas corpus in federal court pursuant to 28 U.S.C. 2254: $5.00,

      **CIVIL RIGHTS COMPLAINT** in federal court pursuant to 42 U.S.C. 1983: $250.00

      **APPEAL TO THE TENTH CIRCUIT**: $255.00

(2) If I am filing a petition for writ of habeas corpus, or am appealing a denial of a petition for writ of habeas corpus or a 2255 motion, I must pay the entire filing fee unless I am granted leave to proceed without prepayment of fees or security under 28 U.S.C. 1915(a)(1).

(3) If I am filing a civil rights complaint I am required to pay the entire filing fee. If I do not have sufficient funds in my trust account to pay the entire fee at this time, I will be required to make an initial partial payment of the filing fee and subsequent monthly payments until I have paid the entire filing fee.

      (A) My initial partial payment will be 20% of my average monthly balance or the average monthly deposits to my account, whichever is greater. Thereafter I must pay installments of 20% of the preceding month's income, including all deposits to my account, in months that my account balance exceeds $10.00;

      (B) I must continue to make installment payments until the filing fee is fully paid, without regard to whether my action is closed or my release from confinement;

Type of Action

Civil Rights Complaint _____

Petition for Writ of Habeas Corpus __✓__

Appeal to Tenth Circuit from dismissal of Civil Rights Complaint _____

Appeal to Tenth Circuit from dismissal of Habeas Corpus Petition _____

Appeal to Tenth Circuit from dismissal of 2255 Motion _____

__RICHARD MUKUM__
Print Inmate's Name

__A# 76952753__
Inmate's Prison Number

__Richard Muk__
Inmate's Signature

__09-26-206__
Date Signed

# FILING FEE AUTHORIZATION
## FOR CIVIL RIGHT COMPLAINT ONLY

I, __RICHARD Makumm__, request and authorize my custodian to sent to
(please print your name)
the Clerk of the United States District Court for the Northern District of Texas, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent). I further request and authorize my custodian to remit the entire filing fee to the Clerk if have sufficient founds in my trust account to pay the full fee. If I do not have sufficient funds to pay the full fee, I request and authorize the custodian to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with a civil action or appeal, and I understand that the total amount of the filing fee is $250.00 for a civil right complaint, $5.00 for a petition for writ of habeas corpus, and $255.000 for an appeal to Fifth Circuit Court of Appeals. I also understand that these fees will be debited from my account regardless of the outcome of my action or appeal. This authorization shall apply to any other institution to which I may be transferred.

Dated: __09-28__, 200_6_:

__Richard Muk.__
Signature of Prisoner

Revised 210/2005                    10 of 11

## CERTIFICATE OF PENAL INSTITUTION

I hereby certify that on __Sept. 27__, 20_06_, the prisoner herein had the following amount in his/her prisoner's trust fund account:

$.37

__9-26-06__
Date

__Ama Suller__
Signature of authorized trust fund officer

__Tina Tullos__
Printed or typed name of authorized officer

__Business Clerk__
Title of authorized officer

__RPDC__
Name of institution

Revised 210//2005          11 of 11

# INMATE ACCOUNT DETAIL REPORT
## ROLLING PLAINS REGIONAL COUNTY JAIL & DTN CTR

BOOKING NO : **2006030067**     FILE NO. : **5628**

INMATE NAME : **MUKUM, RICHARD MUKETE**     CELL : **B15**

| TYPE | DESCRIPTION | TRANSACTION DATE | AMOUNT | NEW BALANCE |
|---|---|---|---|---|
| CREDIT | INCOMING MONEY | 03/09/2006 | $ 26.71 | $ 26.71 |
| DEBIT | COMMISSARY POST FOR 03/13/2006 | 03/13/2006 | $ 18.15 | $ 8.56 |
| DEBIT | COMMISSARY POST FOR 03/15/2006 | 03/15/2006 | $ 2.00 | $ 6.56 |
| DEBIT | COMMISSARY POST FOR 03/20/2006 | 03/20/2006 | $ 6.42 | $ 0.14 |
| CREDIT | MO#08288867755 | 04/05/2006 | $ 20.00 | $ 20.14 |
| DEBIT | COMMISSARY POST FOR 04/10/2006 | 04/10/2006 | $ 20.00 | $ 0.14 |
| CREDIT | MO#08290361351 | 05/22/2006 | $ 25.00 | $ 25.14 |
| DEBIT | COMMISSARY POST FOR 05/24/2006 | 05/24/2006 | $ 20.23 | $ 4.91 |
| DEBIT | COMMISSARY POST FOR 05/30/2006 | 05/30/2006 | $ 3.54 | $ 1.37 |
| DEBIT | COMMISSARY POST FOR 06/05/2006 | 06/05/2006 | $ 1.00 | $ 0.37 |
| DEBIT | COMMISSARY POST FOR 06/12/2006 | 06/12/2006 | $ 0.00 | $ 0.37 |
| DEBIT | COMMISSARY POST FOR 06/13/2006 | 06/13/2006 | $ 0.00 | $ 0.37 |