FILED
NOV - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RICHARD MUKETE MUKUM, )
)
Petitioner, )
)
v. ) Civil Action No.   06 1867
)
ALBERTO GONZALEZ, *et al.*, )
)
Respondents. )

---

## TRANSFER ORDER

This matter comes before the Court on review of a *pro se* petition for writ of habeas corpus and a motion to proceed *in forma pauperis*. Petitioner is incarcerated at the Rolling Plains Detention Center in Haskell, Texas. He is being detained by the Department of Homeland Security pending deportation.

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated *Padilla v. Rumsfeld*, 542 U.S. 426, 433 (2004). The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Accordingly, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Northern District of Texas. Whether petitioner should be permitted to proceed *in forma pauperis* is a matter to be decided by the transferee court.

/s/ Rosemary M. Colly
United States District Judge

DATE: 10/17/06